1  Christopher A. La Voy (016609)
2  HIENTON, CURRY, WAKEFIELD
   & LA VOY, PLLC
3  5045 North 12th Street, Suite 110
Phoenix, Arizona 85014
4  Telephone: (602) 254-9900
Email: clavoy@hclawgroup.com
5  *Counsel for defendant Home Depot, U.S.A., Inc.*
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| BRYAN A. HARGIS, a single individual, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| THE HOME DEPOT, U.S.A., Inc., a Delaware corporation; JOHN AND JANE EMPLOYEES I-V; JOHN DOE AND JANE DOE II through VI, fictitious individuals; ABC CORPORATION and/or PARTNERSHIPS, I-X; fictitious entities, | Complaint Filed: November 12, 2020 |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant Home Depot, U.S.A., Inc. ("Home Depot") hereby removes this civil action from the Superior Court of Arizona, Coconino County where it is currently pending as Case No. S0300CV202000573, to the United States District Court for the District of Arizona. Home Depot sets forth the following facts in support of its notice of removal:

-1-

1. On November 12, 2020, plaintiff Bryan A. Hargis commenced a civil action in the Superior Court of Arizona, Coconino County, styled *Bryan A. Hargis v. The Home Depot U.S.A., Inc., et al.*, by the filing of his Complaint.

2. Upon information and belief, Mr. Hargis is a citizen of the state of Arizona. An individual is a "citizen" of the state where he or she is domiciled. *See Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). Mr. Hargis alleges in his Complaint that he is an Arizona resident, which is prima facie evidence that he is domiciled in Arizona for purposes of diversity. *See Barrera v. W. United Ins. Co.*, 567 F. App'x 491, 492 n.1 (9th Cir. 2014) ("The place where a person lives is taken to be his domicile until facts adduced establish the contrary.") (quoting *Anderson v. Watt*, 138 U.S. 694, 706 (1891))).

3. Both at the time that this action was commenced and at this time, Home Depot was incorporated in Delaware and has its principal place of business in Georgia. Home Depot's corporate offices are located in Atlanta, Georgia, where its finance, accounting, purchasing, treasury, marketing, training, human resources, information systems, internal audit, and legal departments are located, making policy decisions that affect the entire company. *See Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010) ("And we conclude that the phrase 'principal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities. Lower federal courts have often metaphorically called that place the corporation's 'nerve center.' ").

4. The citizenship of the fictitiously named defendants is disregarded pursuant to 28 U.S.C. § 1441(b)(1).

5. Mr. Hargis's Complaint does not specifically allege an amount in controversy. However, by letter dated April 24, 2020, Mr. Hargis's counsel asserted the reasonable value of his client's personal injury claim was $450,000 for settlement

1  purposes, which is far in excess of the $75,000 diversity-jurisdiction threshold. On this
2  basis, Home Depot alleges the amount-in-controversy requirement in satisfied.
3        6.     Home Depot was served with copies of the Complaint, Summons, and
4  Certificate of Compulsory Arbitration on November 20, 2020.
5        7.     True and correct copies of all pleadings and other documents filed in the
6  Superior Court of Arizona, Coconino County are attached hereto as Exhibits 1 through 3.
7        8.     A copy of this notice of removal has been filed with the Clerk of the
8  Superior Court of Arizona, Coconino County from which this action was removed.
9       RESPECTFULLY SUBMITTED this 18th day of December, 2020.

                                    HIENTON, CURRY, WAKEFIELD
                                        & LA VOY, PLLC

                          By: *s/ Christopher A. La Voy*
                              Christopher A. LaVoy
                              5045 North 12th Street, Suite 110
                              Phoenix, Arizona 85014
                              *Counsel for defendant Home Depot, U.S.A., Inc.*

Copy of the foregoing served
by U.S. regular mail on
December 18, 2020 on the following
persons:

Marc A. Kamin
Kwesi A. Seabrook
Goldberg & Osborn
2860 West Peoria Avenue
Phoenix, Arizona 85029

*s/ Christopher A. La Voy*

1 **VERIFICATION OF DEFENSE COUNSEL**

2   Pursuant to LRCiv 3.6, undersigned counsel for defendant Home Depot, U.S.A.,
3 Inc. hereby certifies that Exhibits 1 through 3 attached hereto are true and complete
4 copies of all pleadings and other documents filed in the state court proceeding.

5

6                              By: *s/ Christopher A. La Voy*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26