# Exhibit 1

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
11/12/2020 3:35PM
BY: JDUTTON
DEPUTY

Case No.: S0300CV202000573
HON. TED REED

**GOLDBERG & OSBORNE**
2860 West Peoria Avenue
Phoenix, Arizona 85029
(602) 808-6500

Marc A. Kamin, Esq., State Bar No. 016580
Kwesi A. Seabrook, Esq., State Bar No. 035899
mkamin@goldbergandosborne.com
kseabrook@goldbergandosborne.com
Minute Entries: minutes@goldbergandosborne.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| BRYAN A. HARGIS, a single individual, | NO: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN AND JANE DOE EMPLOYEES I-V; JOHN DOE and JANE DOE II through VI, fictitious individuals; ABC CORPORATION and/or PARTNERSHIPS, I-X; fictitious entities, | (Tort - Motor Vehicle) |
| Defendants. | |

Plaintiff for his cause of action alleges:

1. Plaintiff Bryan A. Hargis is a single individual and is a resident of Maricopa County, Arizona.

2. Upon information and belief, Defendant Home Depot U.S.A., Inc. is a Delaware corporation authorized to conduct business in the state of Arizona.

3. Upon information and belief, Defendants John and Jane Doe Employees I-V were married couples at all times relevant hereto and residents of Coconino County, Arizona.

4. Upon information and belief, on the date of the incident, John and Jane Doe Employees I-V were employees of Defendant Home Depot U.S.A., Inc..

5. Upon information and belief, Defendant Home Depot U.S.A., Inc. is a company in the business of home improvement retail sales. Defendants John and Jane Doe Employees I-V were employees or agents of Defendant Home Depot U.S.A., Inc. on the date of the events alleged forth in this complaint.

6. Upon information and belief, Plaintiff alleges that the time of the events set forth in this Complaint, Defendants John and Jane Doe Employees I-V were employees, servants and/or agents of Defendant Home Depot U.S.A., Inc., and were acting within the course and scope of employment or under their direction and control, or under such circumstances as to justify imputing responsibility for the careless and/or negligent and/or reckless acts complained of herein to Defendant Home Depot U.S.A., Inc., under the principles of *respondeat superior*.

7. The corporate Defendants are authorized to do and are doing business in Arizona.

8. The identities of the fictitiously named Defendants are presently unknown to Plaintiff and leave of Court will be sought to amend this Complaint once their identities are discovered.

9. The individual Defendants, if married, were at all times alleged acting on behalf of their marital community.

10. Venue is proper in Coconino County, Arizona.

11. The amount of controversy satisfies the jurisdictional requirement of the Superior Court.

12. On March 8, 2019, Plaintiff Bryan A. Hargis sustained personal injuries while making a flatbed delivery to the Home Depot store located at 5005 E. Marketplace Dr., Flagstaff, Arizona 86004.

13. At said time and place, Defendants John and Jane Doe Employees I-V, while working in the course and scope of their employment with Defendant Home Depot U.S.A., Inc., dropped a large wooden beam on Plaintiff's right thumb. As a result of Defendants John and Jane Doe Employees I-V's negligence, Plaintiff Bryan A. Hargis sustained a severe, permanent, and disabling injury to his right thumb.

14. The incident was caused by the negligent and/or careless manner in which Defendants John and Jane Doe Employees I-V of Defendant Home Depot, handled the large wooden beam, dropping it on Plaintiff's thumb, causing Plaintiff's injuries.

15. As a direct and proximate result of the conduct of Defendants, Plaintiff sustained injuries which have resulted in considerable pain, suffering, inconvenience, permanency, and loss of enjoyment of life, and will cause future pain and suffering.

16. As a further direct and proximate result of the negligence of Defendants, Plaintiff has incurred medical and related expenses for care and treatment and will incur such expenses in the future.

17. As a further direct and proximate result of Defendants' negligence, Plaintiff Bryan A. Hargis has incurred mileage expenses from traveling to and from appointments with medical providers.

18. As a further direct and proximate result of the negligence of Defendants, Plaintiff has lost earnings and will incur a future impairment to earning capacity.

**WHEREFORE**, Plaintiff requests judgment against Defendant as follows:

1. For general damages in a fair and reasonable amount.

2. For the reasonable value of medical and related expenses incurred to date and to be incurred in the future.

3. For Plaintiff's costs and expenses incurred to date, and to be incurred in the future in this action.

4. For the reasonable value of Plaintiff's mileage expenses.

5. For Plaintiff's past and future loss of earnings.

6. For such other and further relief that the Court deems just and proper.

RESPECTFULLY SUBMITTED this __12th__ day of November, 2020.

                                      **GOLDBERG & OSBORNE**

                                      By: _____
                                             Marc A. Kamin, Esq.
                                             Kwesi A. Seabrook, Esq.
                                             Attorneys for Plaintiff

GOLDBERG & OSBORNE
2860 West Peoria Avenue
Phoenix, AZ 85029
(602) 808-6500

# Exhibit 2

Person/Attorney Filing: Marc Kamin
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6500
E-Mail Address: vwittmaack@1800theeagle.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016580, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF COCONINO

BRYAN A HARGIS
Plaintiff(s),
v.
HOME DEPOT U.S.A., INC., et al.
Defendant(s).

Case No.   S0300CV202000573

**SUMMONS**

To: HOME DEPOT U.S.A., INC.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 200 N. San Francisco St., Flagstaff, Arizona 86001 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of COCONINO

SIGNED AND SEALED this date:*November 12, 2020*

*Valerie Wyant*
Clerk of Superior Court

By:*JDUTTON*
Deputy Clerk



# Exhibit 3

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
11/12/2020 3:35PM
BY: JDUTTON
DEPUTY

Case No.: S0300CV202000573
HON. TED REED

Person/Attorney Filing: Marc Kamin
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6500
E-Mail Address: vwittmaack@1800theeagle.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016580, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

BRYAN A HARGIS
Plaintiff(s),
v.
HOME DEPOT U.S.A., INC., et al.
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Coconino County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Marc Kamin /s/
Plaintiff/Attorney for Plaintiff