1  Christopher A. La Voy (016609)
   HIENTON, CURRY, WAKEFIELD
2     & LA VOY, PLLC
   5045 North 12th Street, Suite 110
3  Phoenix, Arizona 85014
   Telephone: (602) 254-9900
4  Email: clavoy@hclawgroup.com
   *Counsel for defendant Home
5  Depot, U.S.A., Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| BRYAN A. HARGIS, a single individual, | Case No. 3:20-cv-08339-DWL |
| Plaintiff, | **STIPULATION TO REMAND REMOVED ACTION** |
| vs. | |
| THE HOME DEPOT, U.S.A., Inc., a Delaware corporation; JOHN AND JANE EMPLOYEES I-V; JOHN DOE AND JANE DOE II through VI, fictitious individuals; ABC CORPORATION and/or PARTNERSHIPS, I-X; fictitious entities, | |
| Defendants. | |

Plaintiff Bryan A. Hargis ("Hargis") and defendant Home Depot, U.S.A., Inc. ("Home Depot") stipulate as follows:

    1.    On November 12, 2020, Hargis commenced the above-captioned action in the Superior Court of Arizona, Coconino County, Case No. S0300CV202000573 (the "Action").

2.    On December 18, 2020, Home Depot filed a Notice of Removal of the Action with this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (Doc. 1).

3.    After some discussion, the parties have agreed that the Action should be remanded to the Superior Court of Arizona, Coconino County. To that end, the Parties hereby stipulate that the Action be remanded to such court.

4.    The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action.

RESPECTFULLY SUBMITTED this 16th day of March, 2021.

HIENTON, CURRY, WAKEFIELD
& LA VOY, PLLC

By: *s/ Christopher A. La Voy*
    Christopher A. LaVoy
    5045 North 12th Street, Suite 110
    Phoenix, Arizona 85014
    *Counsel for defendant Home Depot, U.S.A., Inc.*

GOLDBERG & OSBORNE, LLP

By: *s/ Allen D. Bucknell (with permission)*
    Allen D. Bucknell
    4423 E. Thomas Road, Suite 3
    Phoenix, Arizona 85018
    *Counsel for Plaintiff*