# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan A Hargis,<br><br>                    Plaintiff,<br><br>v.<br><br>Home Depot USA Incorporated, et al.,<br><br>                    Defendants. | No. CV-20-08339-PCT-DWL<br><br>**ORDER** |

IT IS ORDERED that the parties' stipulation (Doc. 14) is granted.

IT IS FURTHER ORDERED that this action is remanded to Superior Court of Arizona, Coconino County and that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

Dated this 16th day of March, 2021.

_____
Dominic W. Lanza
United States District Judge